IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IT IS SO ORDERED.

*Pamela A. Barker*
**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

| | | |
|---|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION (SEIU), DISTRICT 1199 WV/OH/KY THE HEALTH CARE AND SOCIAL SERVICE UNION, CTW, CLC | : : : : : | CASE NO. 1:21-cv-533<br><br>JUDGE: Pamela A. Barker |
| v. | : : | |
| AJ R&R HOLDING COMPANY LLC, et al. | : : | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Pro. 41(A)(i), Petitioner SEIU District 1199, though Counsel, is providing notice of voluntary dismissal with prejudice of the above-captioned action due to a settlement between the parties. The Respondent has not yet filed an answer or a motion for summary judgment in this matter.

Respectfully submitted,

/s/ Cathrine J. Harshman
Cathrine J. Harshman (0079393)
Harshman & Wannemacher
3360 Tremont Road, Suite 230
Columbus, Ohio 43221
Telephone:  (614) 442-5626
charshman@hcands.com
Trial Attorney, SEIU District 1199

## CERTIFICATE OF SERVICE

I certify that a copy of this Notice of Voluntary Dismissal was filed electronically via the Court's e-filing system this on April 28, 2021. Notice of this filing will be sent via the Court's e-filing system.

s/ Cathrine Harshman
Cathrine Harshman (0079373)